IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDRE SAUNDERS, )<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>RRM DIRECTOR, PITTSBURGH, )<br>)<br>Respondent. )<br>)<br>) | Civil Action No. 2:22-919<br><br>United States District<br>Judge Cathy Bissoon<br><br>United States Magistrate Judge<br>Cynthia Reed Eddy |

**MEMORANDUM ORDER**

This case has been referred to United States Magistrate Judge Cynthia Reed Eddy for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On November 2, 2022, Judge Eddy issued a Report ("R&R," Doc. 15) recommending that the Court dismiss Petitioner's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (Doc. 1) as moot because Petitioner has completed his term of imprisonment, and, therefore, the relief he seeks is no longer necessary. Service of the R&R was made on the parties, and no objections were filed.

After a review of the pleadings and documents in the case, together with the R&R, it hereby is **ORDERED** that this case is **DISMISSED AS MOOT**, and the Magistrate Judge's R&R (Doc. 15) is adopted as the Opinion of the District Court.

This action shall be marked CLOSED.

IT IS SO ORDERED.

January 19, 2023                          s\Cathy Bissoon
                                                                                                       Cathy Bissoon
                                                                                                       United States District Judge

cc (via ECF email notification):

All Counsel of Record

cc (via U.S. Mail):

ANDRE SAUNDERS
35961-068
140 EASY STREET
UNIONTOWN, PA 15401
PRO SE